**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter   11

☐ Check if this is an amended filing

---

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Pegasus Builders, Inc. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 26-3802925 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** 3340 Fairland Farms Road, Suite 8 Wellington, FL 33414 Number, Street, City, State & ZIP Code  Palm Beach County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | https://www.pegasusbuildersinc.com/ | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor **Pegasus Builders, Inc.** Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __2361__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☒ Yes.

Debtor  Pegasus Builders, Inc.  
Name  

Case number (*if known*) _____

List all cases. If more than 1, attach a separate list

Debtor  David Forkey  
Relationship  President/Sole Owner  

District  Southern   When  5/30/2025   Case number, if known _____

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|
| | | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.  
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**  _____  
Number, Street, City, State & ZIP Code

**Is the property insured?**  
☐ No  
☐ Yes. Insurance agency _____  
Contact name _____  
Phone _____

---

**Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | *Check one:* |
|---|---|---|
| | | ☒ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | **Estimated number of creditors** | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|

| 15. | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☒ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☒ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

Debtor __Pegasus Builders, Inc.__  Case number (*if known*) ____
     Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __5/30/2025__
               MM / DD / YYYY

X  *David Forkey*                       David Forkey
   Signature of authorized representative of debtor     Printed name

Title   __President/Owner__

**18. Signature of attorney**

X  *Aaron Wernick*                   Date __5/30/2025__
   Signature of attorney for debtor                          MM / DD / YYYY

__Aaron Wernick__
Printed name

__Wernick Law PLLC__
Firm name

2255 Glades Rd.
Ste 324A
Boca Raton, FL 33431
Number, Street, City, State & ZIP Code

Contact phone __(561) 961-0922__    Email address __aw@wernicklaw.com__

__14059 FL__
Bar number and State

| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor name: Pegasus Builders, Inc. | |
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA | |
| Case number (if known): | ☐ Check if this is an amended filing |

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May 30, 2025       x  /s/ David Forkey
                                   Signature of individual signing on behalf of debtor

                                   David Forkey
                                   Printed name

                                   President
                                   Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: Pegasus Builders, Inc.

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ABC Supply Co<br>1 ABC Parkway<br>Beloit, WI 53511 | | Trade debt | | | | $352,296.48 |
| American Express<br>P.O. Box 981535<br>El Paso, TX 79998 | | Business credit card | | | | $1,149.20 |
| American Express<br>P.O. Box 981535<br>El Paso, TX 79998 | | Business credit card | | | | $47.01 |
| Beacon Building Products<br>PO Box 100639<br>Atlanta, GA 30384 | | Trade debt | | | | $7,863.80 |
| Bezzina & Company<br>6800 Jericho Turnpike, Suite 206E<br>Syosset, NY 11791 | | Tax preparation services | | | | $53,000.00 |
| Bridgefield Casualty Insurance<br>PO Box 32034<br>Lakeland, FL 33802 | | Workers comp. claim | | | | $24,157.90 |
| Holly and David Quastler<br>c/o The Law Offices of Geoffrey D. Ittleman, P.A.<br>955 S Federal Hwy Suite 339<br>Fort Lauderdale, FL 33316 | | Construction contract dispute, pending litigation | Contingent<br>Unliquidated<br>Disputed | | | $450,000.00 |
| Home Depot/Citibank<br>5800 S Corporate Place<br>Sioux Falls, SD 57108 | | Business credit card | | | | $45,682.20 |

Debtor  Pegasus Builders, Inc.   Case number (if known)
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jamey and Karla Gelina<br>c/o Cobb & Gonzalez, P.A.<br>4655 Salisbury Road, Suite 200<br>Jacksonville, FL 32256 | | Construction contract dispute, pending litigation | Contingent Unliquidated Disputed | | | $1,235,874.50 |
| JPMorgan Chase Bank, N.A.<br>Mail Code LA4-7100<br>700 Kansas Lane<br>Monroe, LA 71203 | | Business credit card | | | | $17,200.66 |
| Maraist Law Firm P.A.<br>c/o Patrick Maraist, Esq.<br>12908 Barrow Road<br>North Palm Beach, FL 33408 | | Breach of contract | Disputed | | | $200,000.00 |
| Padula Bennardo Levine, LLP<br>3837 NW Boca Raton Boulevard, Suite 200<br>Boca Raton, FL 33431 | | Legal fees | | | | $63,112.14 |
| Regions Bank<br>PO Box 10063<br>Birmingham, AL 35202 | | Bank loan | | | | $76,924.63 |
| Rocky's Ace Hardware<br>13837 Wellington Trace<br>Wellington, FL 33414 | | Trade debt | | | | $1,027.11 |
| Suzanne and Barry Porter<br>c/o Jones Foster P.A.<br>505 S. Flagler Drive, Suite 1100<br>West Palm Beach, FL 33401 | | Construction contract dispute, pending litigation | Contingent Unliquidated Disputed | | | $2,300,000.00 |

ABC Supply Co  
1 ABC Parkway  
Beloit, WI 53511

American Express  
P.O. Box 981535  
El Paso, TX 79998

Beacon Building Products  
PO Box 100639  
Atlanta, GA 30384

Bezzina & Company  
6800 Jericho Turnpike, Suite 206E  
Syosset, NY 11791

Bridgefield Casualty Insurance  
PO Box 32034  
Lakeland, FL 33802

Holly and David Quastler  
c/o The Law Offices of Geoffrey D. Ittle  
955 S Federal Hwy Suite 339  
Fort Lauderdale, FL 33316

Home Depot/Citibank  
5800 S Corporate Place  
Sioux Falls, SD 57108

Jamey and Karla Gelina  
c/o Cobb & Gonzalez, P.A.  
4655 Salisbury Road, Suite 200  
Jacksonville, FL 32256

JPMorgan Chase Bank, N.A.  
Mail Code LA4-7100  
700 Kansas Lane  
Monroe, LA 71203

Maraist Law Firm P.A.  
c/o Patrick Maraist, Esq.  
12908 Barrow Road  
North Palm Beach, FL 33408

Padula Bennardo Levine, LLP  
3837 NW Boca Raton Boulevard, Suite 200  
Boca Raton, FL 33431

Regions Bank  
PO Box 10063  
Birmingham, AL 35202

Rocky's Ace Hardware  
13837 Wellington Trace  
Wellington, FL 33414

```
Suzanne and Barry Porter
c/o Jones Foster P.A.
505 S. Flagler Drive, Suite 1100
West Palm Beach, FL 33401
```

# United States Bankruptcy Court
## Southern District of Florida

In re  Pegasus Builders, Inc.  
Debtor(s)

Case No.  
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Pegasus Builders, Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

May 30, 2025  
Date

DocuSigned by:  
*Aaron Wernick*  
—7A05816E2564499...  
Aaron Wernick 14059  
Signature of Attorney or Litigant  
Counsel for  Pegasus Builders, Inc.  
Wernick Law PLLC  
2255 Glades Rd.  
Ste 324A  
Boca Raton, FL 33431  
(561) 961-0922x1  Fax:  
aw@wernicklaw.com